# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| Ceida Sanchez<br><br>    Plaintiff,<br><br>v.<br><br>GC Services Limited Partnership<br><br>    Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a natural person who resided in Hialeah, FL at all times relevant to this action.

3. Defendant is a Limited Partnership that maintained its principal place of business in Houston, TX at all times relevant to this action.

4. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. As described below, Defendant sought to collect an alleged debt from Plaintiff, which is a "debt" as defined by 15 U.S.C. §1692a(5).

6. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

7. On or around September 29, 2009, Defendant's employee ("Cindy") telephoned Plaintiff's place of employment in connection with the collection of the debt.

8. During this communication, Plaintiff notified Cindy that Plaintiff's employer prohibits such communications at Plaintiff's place of employment and/or that Defendant's telephone calls to Plaintiff's place of employment were inconvenient for Plaintiff.

9. Despite Plaintiff's notice, Cindy and/or other of Defendant's employees telephoned Plaintiff's place of employment on numerous occasions throughout September and October 2009 in connection with the collection of the debt.

10. On or around October 6, 2009, Cindy telephoned Plaintiff's place of employment and spoke to Plaintiff's boss ("Valerie") in connection with the collection of the debt.

11. During this communication Cindy asked Valerie for information concerning Plaintiff's salary.

12. At the time of this communication, Defendant already had Plaintiff's location information.

13. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

14. Defendant violated the FDCPA.

## COUNT ONE

**Violation of the Fair Debt Collection Practices Act**

15. Defendant violated 15 U.S.C. §1692c in that it communicated with a third party in connection with the collection of the debt without Plaintiff's consent. In support hereof Plaintiff incorporates paragraphs 10-12 as if specifically stated herein.

## COUNT TWO

**Violation of the Fair Debt Collection Practices Act**

16. Defendant violated 15 U.S.C. §1692c by calling Plaintiff at Plaintiff's place of employment after Defendant knew or had reason to know that Plaintiff's employer prohibited Plaintiff

2

from receiving Defendant's phone calls.  In support hereof Plaintiff incorporates paragraphs 7-9 as if specifically stated herein.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

17. Defendant violated 15 U.S.C. §1692c by calling Plaintiff at a time and/or place known to be inconvenient for Plaintiff.  In support hereof Plaintiff incorporates paragraphs 7-9 as if specifically stated herein.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

18. The Defendant violated 15 U.S.C. §1692f in that it used unfair and/or unconscionable means to attempt to collect a debt.  In support hereof Plaintiff incorporates paragraphs 7-12 as if specifically stated herein.

## JURY DEMAND

19. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

20. Plaintiff prays for the following relief:
    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.
    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Adela D. Estopinan
    Adela D. Estopinan
    Bar # 25939
    701 SW 27th Avenue, #1209
    Miami, FL 33135
    Telephone:  866-339-1156
    Email:  ade@legalhelpers.com
    Attorneys for Plaintiff