# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| Ceida Sanchez | Case No.: 1:10-cv-20016 |
| Plaintiff, | |
| v. | |
| GC Services Limited Partnership | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action on the merits, and with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), each party to bear its own costs and attorneys fees. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Adela D. Estopinan
    Adela D. Estopinan
    Bar # 25939
    701 SW 27th Avenue, #1209
    Miami, FL 33135
    Telephone: 866-339-1156
    Email: ade@legalhelpers.com
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Barbara Fernandez
Hinshaw & Culbertson LLP
bfernandez@hinshawlaw.com

/s/ Adela D. Estopinan