UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20016-CIV-ALTONAGA/Brown

**CEIDA SANCHEZ**,

    Plaintiff,

vs.

**GC SERVICES LIMITED PARTNERSHIP**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Plaintiff's Notice of Dismissal with Prejudice [D.E. 11], filed April 21, 2010.  Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The case is **DISMISSED WITH PREJUDICE**.

2. Each party must bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of April, 2010.

                _____
                **CECILIA M. ALTONAGA**
                UNITED STATE DISTRICT JUDGE

cc:    counsel of record